PATRICK C QUINLIVAN (Bar No. 58063)
E-Mail: Pquinlivan@tldlaw.com
TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 756-0684
Facsimile: (866) 298-9254

Attorneys for L. Wayne Osburn, an individual

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. WAYNE OSBURN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. SACV11-00561 JVS (MLGx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of the parties and good cause appearing therefore, the Court orders that the above-entitled matter, including all causes of action, are dismissed, with prejudice, against all Defendants, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATE: May 15, 2012

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE

OC/188890 27753-001